# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OLSON, KEVIN | § | Case No. 10-75078 |
| OLSON, GAYLE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: 10-75078  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: OLSON, KEVIN | Date Filed (f) or Converted (c): | 10/13/10 (f) |
| OLSON, GAYLE | 341(a) Meeting Date: | 11/18/10 |
| For Period Ending: 09/03/13 | Claims Bar Date: | 06/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence - Location: 207 River Park Road, Loves P | 89,900.00 | 0.00 | | 0.00 | FA |
| 2. Lot in Armenia, Wisconsin | 25,995.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 4. Alpine Bank Acct# 10297499 | 200.00 | 0.00 | | 0.00 | FA |
| 5. Alpine Bank Acct# 10007879 | 50.00 | 0.00 | | 0.00 | FA |
| 6. Northwest Bank Acct# 646121 | 50.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Audio Equipment, Computer & Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Furs & Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Firearms, Sports and Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 11. Hartford Insurance - Term | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA - Fidelity Acct#K1032995 | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Levi Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Pontiac G6 Automobile | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Ford Explorer Automobile | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Lowe Boat | 12,000.00 | 0.00 | | 0.00 | FA |
| 17. 2005 Camper | 12,000.00 | 0.00 | | 0.00 | FA |
| 18. Worker's Compensation Case #2004WC000821 & #2004WC | 0.00 | 0.00 | | 0.00 | FA |
| 19. Cook County, Illinois lawsuit - Case No. 2007L0119 | 0.00 | 300,000.00 | | 300,000.00 | FA |

TOTALS (Excluding Unknown Values)   $164,795.00   $300,000.00   $300,000.00

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-75078    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | OLSON, KEVIN | Date Filed (f) or Converted (c):    10/13/10 (f) |
| | OLSON, GAYLE | 341(a) Meeting Date:    11/18/10 |
| | | Claims Bar Date:    06/20/13 |

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13        Current Projected Date of Final Report (TFR): 12/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-75078 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | OLSON, KEVIN | | Bank Name: | CONGRESSIONAL BANK |
| | OLSON, GAYLE | | Account Number / CD #: | *******1484 GENERAL CHECKING |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 09/03/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/13 | 19 | ISBA MUTUAL INSURANCE CO. 223 WEST OHIO ST. CHICAGO, IL 60654-4445 | SETTLEMENT PROCEEDS: PI CLAIM | | 299,506.24 | | 299,506.24 |
| | | ISBA MUTUAL INSURANCE COMPANY | Memo Amount: 300,000.00 SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | | | |
| | | MSPRC | Memo Amount: ( 493.76 ) MEDICARE LIEN | 2990-000 | | | |
| 08/30/13 | 000100 | LAW OFFICES OF NICHOLAS C. SYREGELAS 19 NORTH GREEN STREET, 1ST FLOOR CHICAGO, IL 60607 | Attorney Fees | 3210-000 | | 120,000.00 | 179,506.24 |
| 08/30/13 | 000101 | LAW OFFICES OF NICHOLAS C. SYREGELAS 19 NORTH GREEN ST., 1ST FLOOR CHICAGO, IL 60607 | EXPENSES: TRUSTEE'S ATTORNEY | 3220-000 | | 37,089.53 | 142,416.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 300,000.00 | | COLUMN TOTALS | 299,506.24 | 157,089.53 | 142,416.71 |
| Memo Allocation Disbursements: | 493.76 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 299,506.24 | 157,089.53 | |
| Memo Allocation Net: | 299,506.24 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 299,506.24 | 157,089.53 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 300,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 493.76 | | GENERAL CHECKING - ********1484 | 299,506.24 | 157,089.53 | 142,416.71 |
| Total Memo Allocation Net: | 299,506.24 | | | 299,506.24 | 157,089.53 | 142,416.71 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 299,506.24 157,089.53

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.02g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-75078 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | OLSON, KEVIN | | Bank Name: | CONGRESSIONAL BANK |
| | OLSON, GAYLE | | Account Number / CD #: | *******1484 GENERAL CHECKING |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 09/03/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals           0.00           0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 24, 2013 |
|---|---|---|---|---|---|---|

Case Number:  10-75078  
Debtor Name:  OLSON, KEVIN  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $5,268.50 | $5,268.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $278.21 | $278.21 |
| 000001A<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $3,070.17 | $2,973.46 | $2,973.46 |
| 000001B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7345 | Unsecured | | $0.00 | $96.71 | $96.71 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $12,167.17 | $12,167.17 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,700.20 | $1,700.20 |
| 000004<br>070<br>7100-00 | University Anesthesiologists, SC<br>Lock Box 128<br>Glenview, IL 60025 | Unsecured | | $0.00 | $477.11 | $0.00 |
| 000005<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $9,163.42 | $9,163.42 |
| 000006<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $39,802.78 | $39,802.78 |
| 000007<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $68,455.98 | $68,455.98 |
| 000008<br>070<br>7100-00 | Elan Financial Services as Servicer for<br>Alpine Ban<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | Unsecured | | $0.00 | $24,729.48 | $24,729.48 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 24, 2013

Case Number: 10-75078
Debtor Name: OLSON, KEVIN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Rockford Mercantile Agency 2502 S Alpine Road Rockford, IL 61108 | Unsecured | | $0.00 | $554.95 | $554.95 |
| | Case Totals: | | | $3,070.17 | $165,667.97 | $165,190.86 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-75078
Case Name: OLSON, KEVIN
OLSON, GAYLE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000005 | Sallie Mae | $ | $ | $ |
| 000006 | Sallie Mae | $ | $ | $ |
| 000007 | Sallie Mae | $ | $ | $ |
| 000008 | Elan Financial Services as Servicer for Alpine Ban | $ | $ | $ |
| 000009 | Rockford Mercantile Agency | $ | $ | $ |
| 000001B | Department of the Treasury | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE