UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
OLSON, KEVIN                        §    Case No. 10-75078
OLSON, GAYLE                        §
                                    §
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> U.S. Bankruptcy Clerk's Office
> Stanley J. Roszkowski U.S. Courthouse
> 327 South Church Street
> Room 1100
> Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/21/2013 in Courtroom 3100,
> United States Courthouse
> 327 South Church Street
> Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OLSON, KEVIN § Case No. 10-75078
OLSON, GAYLE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 300,000.00 |
| and approved disbursements of | $ | 157,583.29 |
| leaving a balance on hand of[1] | $ | 142,416.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 18,250.00 | $ 0.00 | $ 18,250.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 5,268.50 | $ 0.00 | $ 5,268.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 278.21 | $ 0.00 | $ 278.21 |
| Total to be paid for chapter 7 administrative expenses | | $ | 23,796.71 |
| Remaining Balance | | $ | 118,620.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,973.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 2,973.46 | $ 0.00 | $ 2,973.46 |
| | Total to be paid to priority creditors | | $ | 2,973.46 |
| | Remaining Balance | | $ | 115,646.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 156,670.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 12,167.17 | $ 0.00 | $ 8,981.20 |
| 000003 | Discover Bank | $ 1,700.20 | $ 0.00 | $ 1,255.00 |
| 000005 | Sallie Mae | $ 9,163.42 | $ 0.00 | $ 6,763.98 |
| 000006 | Sallie Mae | $ 39,802.78 | $ 0.00 | $ 29,380.44 |
| 000007 | Sallie Mae | $ 68,455.98 | $ 0.00 | $ 50,530.81 |
| 000008 | Elan Financial Services as Servicer for Alpine Ban | $ 24,729.48 | $ 0.00 | $ 18,254.08 |
| 000009 | Rockford Mercantile Agency | $ 554.95 | $ 0.00 | $ 409.64 |
| 000001B | Department of the Treasury | $ 96.71 | $ 0.00 | $ 71.39 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 115,646.54 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-75078-TML
Kevin Olson                                                     Chapter 7
Gayle Olson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2              Date Rcvd: Sep 25, 2013
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
```
db/jdb       +Kevin Olson,    Gayle Olson,    207 River Park Road,    Loves Park, IL 61111-4537
16268620      Alpine Bank,    1700 Alpine Road,    Rockford, IL 61101
16268624     +Andrew Olson,    207 River Park Road,    Loves Park, IL 61111-4537
16268629      CB Accounts, Inc.,    P.O. Box 5610,    Hauppauge, NY 11788-0139
16268627      Cardmember Service,    P. O. Box 15153,    Wilmington, DE 19886-5153
16268628     +Carlson Orthopedic,    1848 Daimler Road,    Rockford, IL 61112-1019
16268630      Computer Credit, Inc.,    Claim Dept. 009500,    PO Box 5238,    Winston Salem, NC 27113-5238
16268633      Ed Financial,    PO Box 36014,    Knoxville, TN 37930-6014
20562837      Elan Financial Services as Servicer for Alpine Ban,    Bankruptcy Department,    PO Box 5229,
               Cincinnati, Ohio 45201-5229
16268634      Harris Bank, N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
16268637     #Jack W. Lenox, M.D.,    1415 E. State Street, # 800,    Rockford, IL 61104-2344
16268638     +Lundholm Surgical Group, Ltd.,    1340 Charles Street,    P O Box 4117,    Rockford, IL 61110-0617
16268640     +Mutual Management Services,    C/O Northern Illinois Imaging,    401 E. State St., PO Box 4777,
               Rockford, IL 61110-4777
16268642      National Action Financial Services,    PO Box 9027,    Williamsville, NY 14231-9027
16268643     +Nationwide Credit & Collection, Inc,    815 Commerce Drive,    Oak Brook, IL 60523-8852
16268644     +Nicole A. Hartsough, MD,    7402 E. Riverside Blvd.,    Loves Park, IL 61111-5630
16268645     +North Shore Bank,    15700 W. Bluemound Road,    Brookfield, WI 53005-6073
16268647      OSF Healthcare,    Common Business Office,    PO Box 1806,    Peoria, IL 61656-1806
16268648      OSF Medical Group,    PO Box 91011,    Chicago, IL 60680-8807
16268649      OSF Saint Anthony Medical Center,    5666 E. State Street,    P O Box 5065,
               Rockford, IL 61125-0065
16268651      Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
16268663    ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,    75 Remittance Drive,    Dept. 1611,
               Chicago, IL 60675-1611)
16268657     +Rockford Cardiology,    444 Roxbury Road,    Rockford, IL 61107-5059
16268658      Rockford Gastroenterology Assoc.,    401 Roxbury Road,    Rockford, IL 61107-5078
16268659     +Rockford Mercantile Agency,    2502 S Alpine Road,    Rockford, IL 61108-7813
16268660     +Rockford Orthopedic Associates, LTD,    324 Roxbury Road,    Rockford, IL 61107-5090
16268661      Rockford Radiology,    PO Box 1790,    Brookfield, WI 53008-1790
16268666      State Collection Services,    PO Box 6250,    Madison, WI 53716-0250
16268667     +Steve Olson,    207 River Park Road,    Loves Park, IL 61111-4537
16268668      Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
16268626    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Cardmember Service,    Post Office Box 790408,
               Saint Louis, MO 63179-0408)
16268670     +University Anesthesiologists, SC,    Lock Box 128,    Glenview, IL 60025-0128
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16268625     +E-mail/Text: cms-bk@cms-collect.com Sep 26 2013 01:01:18      Capital Management Services, LP,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
16268636      E-mail/Text: cio.bncmail@irs.gov Sep 26 2013 00:57:34      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20251675      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2013 01:31:13       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16268631      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2013 01:31:13       Discover Card,
               P. O. Box 6103,    Carol Stream, IL 60197-6103
20231466      E-mail/Text: cio.bncmail@irs.gov Sep 26 2013 00:57:34      Internal Revenue Service,
               Dept of the Treasury,    Cincinnati, OH 45999-0030
16268639      Fax: 847-227-2151 Sep 26 2013 02:29:45      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue,    Suite 352,    Des Plaines, IL 60018-4519
20438009     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2013 01:30:01       Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
16268664      E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2013 01:31:06       Sallie Mae, Inc.,
               P. O. Box 9532,    Wilkes Barre, PA 18773-9532
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
16268621*     Alpine Bank,    1700 Alpine Road,    Rockford, IL 61101
16268622*     Alpine Bank,    1700 Alpine Road,    Rockford, IL 61101
16268623*     Alpine Bank,    1700 Alpine Road,    Rockford, IL 61101
16268632*     Discover Card,    P. O. Box 6103,    Carol Stream, IL 60197-6103
16268635*     Harris Bank, N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
16268641*    +Mutual Management Services,    C/O Northern Illinois Imaging,    401 E. State St., PO Box 4777,
               Rockford, IL 61110-4777
16268646*    +North Shore Bank,    15700 W. Bluemound Road,    Brookfield, WI 53005-6073
16268650*     OSF Saint Anthony Medical Center,    5666 E. State Street,    P O Box 5065,
               Rockford, IL 61125-0065
16268652*     Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
16268653*     Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
```

```
District/off: 0752-3          User: vgossett            Page 2 of 2                  Date Rcvd: Sep 25, 2013
                              Form ID: pdf006           Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****
16268654*      Quest Diagnostics,    PO Box 64804,     Baltimore, MD 21264-4804
16268655*      Quest Diagnostics,    PO Box 64804,     Baltimore, MD 21264-4804
16268662*      Rockford Radiology,    Box 1790,    Brookfield, WI 53008-1790
16268665*      Sallie Mae, Inc.,    P. O. Box 9532,    Wilkes Barre, PA 18773-9532
16268669*      Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
16268656      ##+Radiology Consultants of Rockford,,     PO Box 4542,    Rockford, IL 61110-4542
                                                                                 TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2013 at the address(es) listed below:
              Adham  Alaily    on behalf of Creditor    BMO Harris Bank N.A. s/i/i Community Bank Group
               aalaily@ehrenbergeganlaw.com
              Andrew E Houha    on behalf of Creditor    Alpine Bank & Trust Co. andrew@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              James E Stevens    on behalf of Creditor    Alpine Bank & Trust Co. jimstevens@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Thomas E. Laughlin    on behalf of Debtor Kevin  Olson tloff@aol.com
              Thomas E. Laughlin    on behalf of Joint Debtor Gayle  Olson tloff@aol.com
                                                                                             TOTAL: 10
```