UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
OLSON, KEVIN § Case No. 10-75078
OLSON, GAYLE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Alpine Bank 1700 Alpine Road Rockford, IL 61101 |  |  |  |  |  |
|  | Alpine Bank 1700 Alpine Road Rockford, IL 61101 |  |  |  |  |  |
|  | Alpine Bank 1700 Alpine Road Rockford, IL 61101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank, N.A. P.O. Box 6201 Carol Stream, IL 60197-6201 | | | | | |
| | Harris Bank, N.A. P.O. Box 6201 Carol Stream, IL 60197-6201 | | | | | |
| | North Shore Bank 15700 W. Bluemound Road Brookfield, WI 53005 | | | | | |
| | North Shore Bank 15700 W. Bluemound Road Brookfield, WI 53005 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MSPRC | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| LAW OFFICES OF NICHOLAS C. SYREGELA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF NICHOLAS C. SYREGELA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Bank 1700 Alpine Road Rockford, IL 61101 | | | | | |
| | CB Accounts, Inc. P.O. Box 5610 Hauppauge, NY 11788-0139 | | | | | |
| | Cardmember Service P. O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Cardmember Service Post Office Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Carlson Orthopedic 1848 Daimler Road Rockford, IL 61112 | | | | | |
| | Computer Credit, Inc. Claim Dept. 009500 PO Box 5238 Winston Salem, NC 27113-5238 | | | | | |
| | Ed Financial PO Box 36014 Knoxville, TN 37930-6014 | | | | | |
| | Jack W. Lenox, M.D. 1415 E. State Street, # 800 Rockford, IL 61104-2344 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lundholm Surgical Group, Ltd. 1340 Charles Street P O Box 4117 Rockford, IL 61110 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Mutual Management Services C/O Northern Illinois Imaging 401 E. State St., PO Box 4777 Rockford, IL 61110 | | | | | |
| | Mutual Management Services C/O Northern Illinois Imaging 401 E. State St., PO Box 4777 Rockford, IL 61110 | | | | | |
| | National Action Financial Services PO Box 9027 Williamsville, NY 14231-9027 | | | | | |
| | Nationwide Credit & Collection, Inc 815 Commerce Drive Oak Brook, IL 60523 | | | | | |
| | Nicole A. Hartsough, MD 7402 E. Riverside Blvd. Loves Park, IL 61111 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OSF Healthcare Common Business Office PO Box 1806 Peoria, IL 61656-1806 | | | | | |
| | OSF Medical Group PO Box 91011 Chicago, IL 60680-8807 | | | | | |
| | OSF Saint Anthony Medical Center 5666 E. State Street P O Box 5065 Rockford, IL 61125-0065 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics PO Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Radiology Consultants of Rockford, PO Box 4542 Rockford, IL 61110 | | | | | |
| | Rockford Cardiology 444 Roxbury Road Rockford, IL 61107 | | | | | |
| | Rockford Gastroenterology Assoc. 401 Roxbury Road Rockford, IL 61107-5078 | | | | | |
| | Rockford Mercantile Agency 2502 S Alpine Road Rockford, IL 61108 | | | | | |
| | Rockford Orthopedic Associates, LTD 324 Roxbury Road Rockford, IL 61107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Radiology .. Box 1790 Brookfield, WI 53008-1790 | | | | | |
| | Rockford Radiology PO Box 1790 Brookfield, WI 53008-1790 | | | | | |
| | Rush University Medical Group 75 Remittance Drive Dept. 1611 Chicago, IL 60675-1611 | | | | | |
| | State Collection Services PO Box 6250 Madison, WI 53716-0250 | | | | | |
| | Swedish American Hospital PO Box 4448 Rockford, IL 61110-0948 | | | | | |
| | Swedish American Hospital PO Box 4448 Rockford, IL 61110-0948 | | | | | |
| 000001B | DEPARTMENT OF THE TREASURY | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ELAN FINANCIAL SERVICES AS SERVICER | | | | | |
| 000009 | ROCKFORD MERCANTILE AGENCY | | | | | |
| 000005 | SALLIE MAE | | | | | |
| 000006 | SALLIE MAE | | | | | |
| 000007 | SALLIE MAE | | | | | |
| 000004 | UNIVERSITY ANESTHESIOLOGISTS, SC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-75078 MLB Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | OLSON, KEVIN | Date Filed (f) or Converted (c): 10/13/10 (f) |
| | OLSON, GAYLE | 341(a) Meeting Date: 11/18/10 |
| For Period Ending: | 11/19/13 | Claims Bar Date: 06/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence - Location: 207 River Park Road, Loves P | 89,900.00 | 0.00 | | 0.00 | FA |
| 2. Lot in Armenia, Wisconsin | 25,995.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 4. Alpine Bank Acct# 10297499 | 200.00 | 0.00 | | 0.00 | FA |
| 5. Alpine Bank Acct# 10007879 | 50.00 | 0.00 | | 0.00 | FA |
| 6. Northwest Bank Acct# 646121 | 50.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Audio Equipment, Computer & Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Furs & Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Firearms, Sports and Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 11. Hartford Insurance - Term | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA - Fidelity Acct#K1032995 | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Levi Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Pontiac G6 Automobile | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Ford Explorer Automobile | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Lowe Boat | 12,000.00 | 0.00 | | 0.00 | FA |
| 17. 2005 Camper | 12,000.00 | 0.00 | | 0.00 | FA |
| 18. Worker's Compensation Case #2004WC000821 & #2004WC | 0.00 | 0.00 | | 0.00 | FA |
| 19. Cook County, Illinois lawsuit - Case No. 2007L0119 | 0.00 | 300,000.00 | | 300,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $164,795.00 | $300,000.00 | | $300,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-75078    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | OLSON, KEVIN | Date Filed (f) or Converted (c):    10/13/10 (f) |
| | OLSON, GAYLE | 341(a) Meeting Date:    11/18/10 |
| | | Claims Bar Date:    06/20/13 |

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/13     Current Projected Date of Final Report (TFR): 12/01/13

Case 10-75078    Doc 70    Filed 12/09/13    Entered 12/09/13 09:37:41    Desc Main
Document    Page 14 of 16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-75078 -MLB |
| Case Name: | OLSON, KEVIN |
| | OLSON, GAYLE |
| Taxpayer ID No: | *******0161 |
| For Period Ending: | 11/19/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******1484 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/13 | 19 | ISBA MUTUAL INSURANCE CO.<br>223 WEST OHIO ST.<br>CHICAGO, IL 60654-4445 | SETTLEMENT PROCEEDS: PI CLAIM | | 299,506.24 | | 299,506.24 |
| | | ISBA MUTUAL INSURANCE COMPANY | Memo Amount: 300,000.00<br>SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | | | |
| | | MSPRC | Memo Amount: ( 493.76 )<br>MEDICARE LIEN | 2990-000 | | | |
| 08/30/13 | 000100 | LAW OFFICES OF NICHOLAS C. SYREGELAS<br>19 NORTH GREEN STREET, 1ST FLOOR<br>CHICAGO, IL 60607 | Attorney Fees | 3210-000 | | 120,000.00 | 179,506.24 |
| 08/30/13 | 000101 | LAW OFFICES OF NICHOLAS C. SYREGELAS<br>19 NORTH GREEN ST., 1ST FLOOR<br>CHICAGO, IL 60607 | EXPENSES: TRUSTEE'S ATTORNEY | 3220-000 | | 37,089.53 | 142,416.71 |
| 10/21/13 | 000102 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 18,250.00 | 124,166.71 |
| 10/21/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,268.50 | 118,898.21 |
| 10/21/13 | 000104 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 278.21 | 118,620.00 |
| 10/21/13 | 000105 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.0% | 5800-000 | | 2,973.46 | 115,646.54 |
| 10/21/13 | 000106 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7345 | Claim 000001B, Payment 73.8% | 7100-000 | | 71.39 | 115,575.15 |
| 10/21/13 | 000107 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025 | Claim 000002, Payment 73.8% | 7100-000 | | 8,981.20 | 106,593.95 |

Page Subtotals    299,506.24    192,912.29

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-75078 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | OLSON, KEVIN | | Bank Name: | CONGRESSIONAL BANK |
| | OLSON, GAYLE | | Account Number / CD #: | *******1484  GENERAL CHECKING |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 11/19/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/13 | 000108 | New Albany, OH 43054-3025<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 73.8% | 7100-000 | | 1,255.00 | 105,338.95 |
| 10/21/13 | 000109 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000005, Payment 73.8% | 7100-000 | | 6,763.98 | 98,574.97 |
| 10/21/13 | 000110 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000006, Payment 73.8% | 7100-000 | | 29,380.44 | 69,194.53 |
| 10/21/13 | 000111 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000007, Payment 73.8% | 7100-000 | | 50,530.81 | 18,663.72 |
| 10/21/13 | 000112 | Elan Financial Services as Servicer for Alpine Ban<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | Claim 000008, Payment 73.8% | 7100-000 | | 18,254.08 | 409.64 |
| 10/21/13 | 000113 | Rockford Mercantile Agency<br>2502 S Alpine Road<br>Rockford, IL 61108 | Claim 000009, Payment 73.8% | 7100-000 | | 409.64 | 0.00 |

Page Subtotals     0.00     106,593.95

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-75078 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | OLSON, KEVIN | | Bank Name: | CONGRESSIONAL BANK |
| | OLSON, GAYLE | | Account Number / CD #: | *******1484 GENERAL CHECKING |
| Taxpayer ID No: | *******0161 | | | |
| For Period Ending: | 11/19/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 300,000.00 | COLUMN TOTALS | 299,506.24 | 299,506.24 | 0.00 |
| Memo Allocation Disbursements: | 493.76 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 299,506.24 | 299,506.24 | |
| Memo Allocation Net: | 299,506.24 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 299,506.24 | 299,506.24 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 300,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 493.76 | GENERAL CHECKING - ********1484 | 299,506.24 | 299,506.24 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 299,506.24 | | 299,506.24 | 299,506.24 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*